IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA, )
)
v. ) CASE NO. CR414-078
)
ROBERT EVANS, )
)
    Defendant. )
)

## O R D E R

Before the Court is Defendant's Motion for Early Termination of Supervised Release. (Doc. 92.) In his motion, Defendant Robert Evans seeks early termination from his three-year term of supervised release. Pursuant to 18 U.S.C. § 3583(e)(1), this Court may terminate a sentence and discharge a defendant from supervised release at any point after the defendant has completed one year of supervised release. After careful consideration of the record in this case, however, Defendant's motion is **DENIED**.

SO ORDERED this 27th day of August 2018.

                                          _____
                                        WILLIAM T. MOORE, JR.
                                        UNITED STATES DISTRICT COURT
                                        SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 AUG 27 AM 11:09
CLERK_____
SO. DIST. OF GA.